**Gary JONES, Plaintiff-Appellant,**

v.

**Paul GRAZIANO; Melissa Frentz; Robin Mack; Tameka Stevens, Defendants-Appellees,**

and

**Mark Scurti; Robert Cooper, Defendants.**

**No. 17-1827**

United States Court of Appeals, Fourth Circuit.

Submitted: December 22, 2017

Decided: January 11, 2018

---

Gary Jones, Appellant Pro Se. Carrie Blackburn Riley, BLACKBURN RILEY LLC, Baltimore, Maryland, for Appellees.

Before TRAXLER, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Jones appeals the district court's order entering judgment for Defendants in this civil action arising out of an eviction from public housing. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for appointment of counsel and affirm for the reasons stated by the district court. *Jones v. Graziano*, No. 1:16-cv-02478-GLR, 2017 WL 4465171 (D. Md. Aug. 3, 2016 & June 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*